August 5, 1970

No. 70-46  Ronald  Edward  Rouse, PVT, U. S. Marine Corps v United States.

ORDERED:
That said Petition be, and the same is, hereby dismissed, without prejudice to the right of petitioner to raise the issue of delay before the United States Navy Court of Military Review, and thereafter in a Petition for Grant of Review to this Court should such course be considered necessary or appropriate.

August 12, 1970

No. 70-56  Johnny D. Barksdale, PVT, U. S. Marine Corps v United States.

ORDERED:
That said Petition be, and the same hereby is, dismissed for lack of jurisdiction. United States v Snyder, 18 USCMA 480, 40 CMR 192 (1969).